**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01013-WYD-MEH

DONELL BLOUNT,
CECIL MASON,
TERRY PHILLOPS,
SPENCER BREWER, and
LEROY BAKER

      Plaintiffs,

v.

ETHAN KELLOGG, in his individual capacity,
DAVID SCHERBARTH, in his individual capacity,
f/n/u QUINLAN, in his individual capacity,

      Defendants.

---

**ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2018.**

The Unopposed Motion for Order to Accommodate Settlement Conference is hereby GRANTED.

ORDERED that Warden Beth Cabell and/or her representatives, of Sussex II State Prison, located at 24427 Musselwhite Drive, Waverly, Virginia, 23891, shall ensure Donell Blount, Virginia Department of Corrections # 1108428, is available to participate by telephone in a settlement conference in this Court on November 16, 2018, from 1:00 p.m. to as late as 7:30 p.m. EST, pursuant to this Court's order.

It is FURTHER ORDERED that Warden Cabell or her representative shall:

1. From the hours of 1:00 p.m. to 7:30 p.m. EST,

2. Place Donell Blount in a private room with access to a telephone able to make and receive calls to this Court for participation in the settlement conference and to discuss confidential matters with his counsel,

3. Ensure Mr. Blount's legal materials are placed in this room and accessible to him during the settlement conference,

4. Ensure Mr. Blount is able to take bathroom breaks as needed.

                    BY THE COURT

                    *Michael E. Hegarty*

                    MICHAEL E. HEGARTY
                    UNITED STATES MAGISTRATE JUDGE