IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-01013-WYD-MEH

CECIL MASON,
TERRY PHILLIPS,
SPENCER BREWER, and
LEROY BAKER,

    Plaintiffs,

v.

RICK RAEMISCH, in his official capacity,
ETHAN KELLOGG, in his individual capacity;
DAVID SCHERBARTH, in his individual capacity,
f/n/u QUINLAN, in his individual capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    A hearing on Defendants Kellogg, Quinlan and Raemisch's Motion for Summary Judgment (ECF No. 128) is **SET** on **Tuesday, July 30, 2019, at 10:00 a.m.**

    Dated:  April 17, 2019